1  **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2  Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
3  Walnut Creek, CA  94596
Telephone: (925) 300-4455
4  Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
5          jluster@bursor.com

6  **BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
7  888 Seventh Avenue
New York, NY  10019
8  Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
9  E-Mail: scott@bursor.com

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  TAMARA FIELDS, on behalf of herself, as a      Case No.
representative of the ESTATE OF LLOYD
15  FIELDS, JR.,                                    **COMPLAINT**

16                              Plaintiff,          **JURY TRIAL DEMANDED**

17        v.

18  TWITTER, INC.,

19                              Defendants.

20

21

22

23

24

25

26

27

28

Plaintiff Tamara Fields ("Plaintiff"), by and through her attorneys, allege the following against Defendant Twitter, Inc. ("Twitter" or "Defendant"):

### NATURE OF ACTION

1.    For years, Twitter has knowingly permitted the terrorist group ISIS to use its social network as a tool for spreading extremist propaganda, raising funds and attracting new recruits. This material support has been instrumental to the rise of ISIS and has enabled it to carry out numerous terrorist attacks, including the November 9, 2015 shooting attack in Amman, Jordan in which Lloyd "Carl" Fields, Jr. was killed.



**An Image Used by ISIS Supporters Combines
the Twitter Logo with the ISIS Flag**

2.    Without Twitter, the explosive growth of ISIS over the last few years into the most-feared terrorist group in the world would not have been possible. According to the Brookings Institution, ISIS "has exploited social media, most notoriously Twitter, to send its propaganda and messaging out to the world and to draw in people vulnerable to radicalization."  Using Twitter, "ISIS has been able to exert an outsized impact on how the world perceives it, by disseminating images of graphic violence (including the beheading of Western journalists and aid workers) . . . while using social media to attract new recruits and inspire lone actor attacks."  According to FBI Director James Comey, ISIS has perfected its use of Twitter to inspire small-scale individual attacks, "to crowdsource terrorism" and "to sell murder."

3.    Since first appearing on Twitter in 2010, ISIS accounts on Twitter have grown at an astonishing rate and, until recently, ISIS maintained official accounts on Twitter unfettered. These

official accounts included media outlets, regional hubs and well-known ISIS members, some with tens of thousands of followers.  For example, Al-Furqan, ISIS's official media wing responsible for producing ISIS's multimedia propaganda, maintained a dedicated Twitter page where it posted messages from ISIS leadership as well as videos and images of beheadings and other brutal forms of executions to 19,000 followers.

4.     Likewise, Al-Hayat Media Center, ISIS's official public relations group, maintained at least a half dozen accounts, emphasizing the recruitment of Westerners.  As of June 2014, Al-Hayat had nearly 20,000 followers.



**Tweet by Al-Hayat Media Center Account @alhayaten**
**Promoting an ISIS Recruitment Video**

5.     Another Twitter account, @ISIS_Media_Hub, had 8,954 followers as of September 2014.



**ISIS Propaganda Posted on @ISIS_Media_Hub**

6.    As of December 2014, ISIS had an estimated 70,000 Twitter accounts, at least 79 of which were "official," and it posted at least 90 tweets every minute.

## PARTIES

7.    Plaintiff Tamara Fields is a citizen of the United States domiciled in the State of Florida.  She brings this lawsuit on behalf of herself and as a representative of the estate of her husband Lloyd "Carl" Fields, Jr., also a U.S. citizen.

8.    Defendant Twitter is a publicly traded U.S. company incorporated in Delaware, with its principal place of business at 1355 Market Street, Suite 900, San Francisco, California 94103.

## JURISDICTION AND VENUE

9.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 18 U.S.C. § 2333(a) as a civil action brought by a citizen of the United States injured by reason of an act of international terrorism and the estate, survivor, or heir of a United States citizen injured by reason of an act of international terrorism.

10.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims in this action occurred in this district and Defendants are headquartered in this district.

## ALLEGATIONS

### I.    The Islamic State of Iraq and Syria

11.    ISIS, which stands for the Islamic State of Iraq and Syria, is also known as the Islamic State of Iraq and the Levant ("ISIL"), the Islamic State ("IS"), ad-Dawlah al-Islāmiyah fīl-ʿIrāq wash-Shām ("DAESH") and al-Qaeda in Iraq ("AQI").

12.    Originally affiliated with al Qaeda, ISIS's stated goal is the establishment of a transnational Islamic caliphate, *i.e.* an Islamic state run under strict Sharia law.  By February 2014, however, ISIS's tactics had become too extreme for even al Qaeda and the two organizations separated.

13.    Since its emergence in Iraq in the early 2000s when it was known as AQI, ISIS has wielded increasing territorial power, applying brutal, terrifying violence to attain its military and political goals, including summary executions, mass beheadings, amputations, shootings and

crucifixions, which it applies to anyone it considers an "unbeliever," a "combatant" or a "prisoner of war."

14.     The United Nations and international NGOs have condemned ISIS for war crimes and ethnic cleansing, and more than 60 countries are currently fighting to defeat ISIS and prevent its expansion.

15.     On December 17, 2004, the United States designated ISIS as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act, as amended.

## II.     ISIS Relies on Twitter to Terrorize

### A.     ISIS Uses Twitter to Recruit New Terrorists

16.     One of ISIS's primary uses of Twitter is as a recruitment platform, particularly to draw fighters from Western countries.

17.     ISIS reaches potential recruits by maintaining accounts on Twitter so that individuals across the globe may reach out to them directly.  After first contact, potential recruits and ISIS recruiters often communicate via Twitter's Direct Messaging capabilities.  According to FBI Director James Comey, "[o]ne of the challenges in facing this hydra-headed monster is that if (ISIS) finds someone online, someone who might be willing to travel or kill in place they will begin a twitter direct messaging contact."  Indeed, according to the Brookings Institution, some ISIS members "use Twitter purely for private messaging or covert signaling."

18.     In addition to individual recruitment, ISIS members use Twitter to post instructional guidelines and promotional videos, referred to as "mujatweets."

19.     For example, in June 2014, ISIS fighters tweeted guidelines in English targeting Westerners and instructing them on how to travel to the Middle East to join its fight.

20.     That same month, ISIS posted a recruitment video on various social media sites. Although YouTube removed the video from its site, the link remained available for download from Twitter.  The video was further promoted through retweets by accounts associated with ISIS.

21.     ISIS also posted its notorious promotional training video, "Flames of War," narrated in English, in September 2014.   The video was widely distributed on Twitter through ISIS sympathizers.

22. After joining ISIS, new recruits become propaganda tools themselves, using Twitter to advertise their membership and terrorist activities.

23. For example, in May 2013, a British citizen who publicly identified himself as an ISIS supporter tweeted about his touch-down in Turkey before crossing the border into Syria to join ISIS in the fight against the Syrian regime.  And in December 2013, the first Saudi Arabian female suicide bomber to join ISIS in Syria tweeted her intent to become a martyr for the ISIS cause, as she embarked for Syria.

24. Through its use of Twitter, ISIS has recruited more than 30,000 foreign recruits over the last year, including some 4,500 Westerners and 250 Americans.

**B.    ISIS Uses Twitter to Fund Terrorism**

25. ISIS also uses Twitter to raise funds for its terrorist activities.

26. According to David Cohen, the U.S. Treasury Department's Under Secretary for Terrorism and Financial Intelligence, "[y]ou see these appeals on Twitter in particular from, you know, well-know[n] terrorist financiers . . . and they're quite explicit that these are to be made to ISIL for their military campaign."

27. The Financial Action Task Force confirms that "individuals associated with ISIL have called for donations via Twitter and have asked the donors to contact them."  These tweets even promote "donation tiers."  One ISIS-linked cleric with the Twitter account @Jahd_bmalk, for instance, sought donations for weapons with the slogan "Participate in Jihad with your Money." The account tweeted that "if 50 dinars is donated, equivalent to 50 sniper rounds, one will receive a 'silver status.'  Likewise, if 100 dinars is donated, which buys eight mortar rounds, the contributor will earn the title of 'gold status donor.'"  According to various tweets from the account, over 26,000 Saudi Riyals (almost $7,000) were donated.



**Fundraising Images from Twitter Accounts on ISIS**

28.     A similar Twitter campaign in the spring of 2014 asked followers to "support the Mujahideen with financial contribution via the following reliable accounts," and provided contact information for how to make the requested donations.

29.     In its other Twitter fundraising campaigns, ISIS has posted photographs of cash gold bars and luxury cars that it received from donors, as well as weapons purchased with the proceeds.

**Donations to ISIS Publicized on Twitter**

**C.     ISIS Uses Twitter to Spread Its Propaganda**

30.     ISIS also uses Twitter to spread propaganda and incite fear by posting graphic photos and videos of its terrorist feats.

31.     Through Twitter, ISIS disseminates its official media publications as well as posts about real-time atrocities and threats to its perceived enemies.

32.     In October 2013, ISIS posted a video of a prison break at the Abu Ghraib prison in Iraq, and its subsequent execution of Iraqi army officers.

33.     In November 2013, an ISIS-affiliated user reported on Twitter that ISIS had killed a man it mistakenly believed to be Shiite.  Another post by an ISIS account purported to depict Abu Dahr, identified as the "suicide bomber that attacked the Iranian embassy."

34.     In December 2013, an ISIS-affiliated user tweeted pictures of what it described as the killing of an Iraqi cameraman.

35.     In June 2014, ISIS tweeted a picture of an Iraqi police chief, sitting with his severed head perched on his legs.  The accompanying tweet read: "This is our ball . . . it has skin on it." ISIS then hashtagged the tweet with the handle #WorldCup so that the image popped up on the feeds of millions following the soccer challenge in Brazil.

36.     On July 25, 2014, ISIS members tweeted photos of the beheading of around 75 Syrian soldiers who had been captured during the Syrian conflict.

37.     In August 2014, an Australian member of ISIS tweeted a photo of his seven-year-old son holding the decapitated head of a Syrian soldier.

38.     Also in August 2014, ISIS member Abu Musaab Hafid al-Baghdadi posted photos on his Twitter account showing an ISIS militant beheading a blindfolded captured Lebanese Army Sergeant Ali al-Sayyed.

39.     That same month, ISIS supporters tweeted over 14,000 tweets threatening Americans under the hashtags #WaronWhites and #AMessagefromISIStoUS, including posting gruesome photos of dead and seriously injured Allied soldiers. Some of the photos depicted U.S. marines hung from bridges in Fallujah, human heads on spikes and the twin towers in flames following the 9/11 attacks.  Other messages included direct threats to attack U.S. embassies around the world, and to kill all Americans "wherever you are."

40.     Various ISIS accounts have also tweeted pictures and videos of the beheadings of Americans James Foley, Steven Sotloff and Peter Kassig.

41.     To keep its membership informed, in April 2014, ISIS created an Arabic-language Twitter App called "The Dawn of Glad Tidings," or "The Dawn," which posts tweets to thousands

of users' accounts, the content of which is controlled by ISIS's social-media operation. The tweets include hashtags, links, and images related to ISIS's activities. By June 2014, the app reached a high of 40,000 tweets in one day as ISIS captured Mosul, Iraq.

42. ISIS has also used Twitter to coordinate hashtag campaigns, whereby it enlists thousands of members to repetitively tweet hashtags at certain times of day so that they trend on Twitter, meaning a wider number of users are exposed to the tweets. One such campaign, dubbed a "Twitter storm," took place on June 8, 2014, and led to a surge in followers.

### III. Twitter Knowingly Permits ISIS to Use Its Social Network

#### A. The Use of Twitter by Terrorists Has Been Widely Reported

43. For years, the media has reported on the ISIS's use of Twitter and Twitter's refusal to take any meaningful action to stop it.

44. In December 2011, the New York Times reported that the terrorist group al-Shabaab, "best known for chopping off hands and starving their own people, just opened a Twitter account and have been writing up a storm, bragging about recent attacks and taunting their enemies."

45. That same month, terrorism experts cautioned that "Twitter terrorism" was part of "an emerging trend" and that several branches of al Qaeda were using Twitter to recruit individuals, fundraise and distribute propaganda more efficiently.

46. On August 18, 2013, USA Today reported that "the Twitter feed of pro-Islamic State of Iraq and the Levant (ISIS), a group of militant extremists linked to al-Qaeda, showed posters, which said: 'We are avenging our Sunni brothers . . . leave now or face death.'"

47. On October 14, 2013, the BBC issued a report on "The Sympatic," "one of the most important spokesmen of the Islamic State of Iraq and the Levant on the social contact website Twitter" who famously tweeted: "I swear by God that with us there are mujahideen who are not more than 15 years old!! Where are the men of the [Arabian] Peninsula? By God, shame on you."

48. On October 31, 2013, Agence France-Presse reported on an ISIS video depicting a prison break at Abu Ghraib and the execution of Iraqi army officers that was "posted on jihadi forums and Twitter."

49.     On June 19, 2014, CNN reported on ISIS's use of Twitter to raise money for weapons, food and operations. The next day, Seth Jones, Associate Director at International Security and Defense Policy Center, stated in an interview on CNN that Twitter was widely used by terrorist groups like ISIS to collect information, fundraise and recruit.  "Social media is where it's at for these groups," he added.

50.     On August 21, 2014, after ISIS tweeted out the graphic video showing the beheading of American James Foley, the Wall Street Journal warned that Twitter could no longer afford to be the "Wild West" of social media.

51.     In September 2014, Time Magazine quoted terrorism expert Rita Katz, who observed that, "[f]or several years, ISIS followers have been hijacking Twitter to freely promote their jihad with very little to no interference at all. . . . Twitter's lack of action has resulted in a strong, and massive pro-ISIS presence on their social media platform, consisting of campaigns to mobilize, recruit and terrorize."

**B.      Twitter Has Rebuffed Numerous Requests to Comply with U.S. Law**

52.     Throughout this period, both the U.S. government and the public at large have urged Twitter to stop providing its services to terrorists.

53.     In December 2011, an Israeli law group threatened to file suit against Twitter for allowing terrorist groups like Hezbollah to use its social network in violation of U.S. anti-terrorism laws.

54.     In December 2012, several members of Congress wrote to FBI Director Robert Mueller asking the Bureau to demand that the Twitter block the accounts of various terrorist groups.

55.     In a committee hearing held on August 2, 2012, Rep. Ted Poe, chair of the House Foreign Affairs Subcommittee on Terrorism, lamented that "when it comes to a terrorist using Twitter, Twitter has not shut down or suspended a single account." "Terrorists are using Twitter," Rep. Poe added, and "[i]t seems like it's a violation of the law."  In 2015, Rep. Poe again reported that Twitter had consistently failed to respond sufficiently to pleas to shut down clear incitements to violence by terrorists.

56.     Recently, former Secretary of State Hillary Clinton has urged Twitter to become more aggressive in preventing ISIS from using its network.  "Resolve means depriving jihadists of virtual territory, just as we work to deprive them of actual territory," she told one audience.  Later, Secy. Clinton stated that Twitter and other companies "cannot permit the recruitment and the actual direction of attacks or the celebration of violence by this sophisticated Internet user.  They're going to have to help us take down these announcements and these appeals."

57.     On January 7, 2016, White House officials announced that they would hold high-level discussions with Twitter and other social media companies to encourage them "to do more to block terrorists" from using their services.  "The primary purpose is for government officials to press the biggest Internet firms to take a more proactive approach to countering terrorist messages and recruitment online. . . .  That issue has long vexed U.S. counterterrorism officials, as terror groups use Twitter . . . to spread terrorist propaganda, cultivate followers and steer them toward committing violence.  But the companies have resisted some requests by law-enforcement leaders to take action . . . ."

### C.      Twitter Has Refused to Prevent ISIS From Using Its Services

58.     Despite these appeals, Twitter has refused to take meaningful action.

59.     In a January 2011 blog post entitled "The tweets Must Flow," Twitter co-founder Biz Stone and Twitter General Counsel Alex Macgillivray wrote: "We don't always agree with the things people choose to tweet, but we keep the information flowing irrespective of any view we may have about the content."

60.     On June 20, 2014, Twitter founder Biz Stone, responding to media questions about ISIS's use of Twitter to publicize its acts of terrorism, said, "[i]f you want to create a platform that allows for the freedom of expression for hundreds of millions of people around the world, you really have to take the good with the bad."

61.     In September 2014, Twitter spokesperson Nu Wexler reiterated Twitter's hands-off approach, telling the press, "Twitter users around the world send approximately 500 million tweets each day, and we do not monitor them proactively."  "The Twitter Rules" reiterated that Twitter "do[es] not actively monitor and will not censor user content, except in exceptional

1    circumstances."  In February 2015, Twitter confirmed that it does not proactively monitor content,

2    and that it reviews only that content which is reported by other users as violative of its rules.

3        62.    Most technology experts agree that Twitter could and should be doing more to stop

4    ISIS from using its social network.  "When Twitter says, 'We can't do this,' I don't believe that,"

5    said Hany Farid, chairman of the computer science department at Dartmouth College.  Mr. Farid,

6    who co-developed a child pornography tracking system with Microsoft, says that the same

7    technology could be applied to terror content, so long as companies were motivated to do so.

8    "There's no fundamental technology or engineering limitation," he said. "This is a business or

9    policy decision.  Unless the companies have decided that they just can't be bothered."

10       63.    According to Rita Katz, the director of SITE Intelligence Group, "Twitter is not

11   doing enough.  With the technology Twitter has, they can immediately stop these accounts, but

12   they have done nothing to stop the dissemination and recruitment of lone wolf terrorists."

13       64.    Even when Twitter shuts down an ISIS-linked account, it does nothing to stop it

14   from springing right back up.  According to the New York Times, the Twitter account of the pro-

15   ISIS group Asawitiri Media has had 335 accounts.  When its account @TurMedia333 was shut

16   down, it started @TurMedia334.  When that was shut down, it started @TurMedia335.  This

17   "naming convention — adding one digit to a new account after the last one is suspended — does

18   not seem as if it would require artificial intelligence to spot."  Each of these accounts also used the

19   same user photograph of a bearded man's face over and over again.  In the hours after the shooting

20   attack in San Bernardino, California on December 2, 2015, @TurMedia335 tweeted: "California,

21   we have already arrived with our soldiers.  Decide how to be your end, with knife or bomb."

22       65.    Notably, while Twitter has now put in place a rule that supposedly prohibits "threats

23   of violence . . . including threatening or promoting terrorism," many ISIS-themed accounts are still

24   easily found on Twitter.com.  To this day, Twitter also permits groups designated by the U.S.

25   government as Foreign Terrorist Organizations to maintain official accounts, including Hamas

26   (@hamasinfo and @HamasInfoEn) and Hizbollah (@almanarnews).

27   **IV.    The November 9, 2015 Attack**

28       66.    Lloyd "Carl" Fields, Jr. travelled to Jordan on June 12, 2015 as a government

COMPLAINT                                                                                    11

contractor through DynCorp International.  His trip to Jordan was only supposed to last two weeks, but problems with his Israeli work visa kept him there longer.



**Lloyd "Carl" Fields, Jr.**

67.     While in Jordan, Carl was assigned to the International Police Training Center ("IPTC") in the Muwaqqar district of southeast Amman, Jordan—a facility run and funded in part by the U.S. State Department.  There, he used his ten years of experience as a police officer to train policemen from Jordan, Iraq and the Palestinian Territories in basic police and security skills.  Carl had previously served as a Deputy Sheriff in Calcasieu Parish, Louisiana, and as a police advisor in both Iraq and Afghanistan.



**Entrance to the International Police Training
Center in Amman, Jordan**

68.     Carl and his wife Tamara considered his assignment to Jordan a safe one because Jordan is a U.S. ally and it has not experienced the levels of terrorism and unrest that have spread

throughout the Middle East in recent years.  Carl's mission was so safe, in fact, that he was not issued a weapon to carry with him.

69.     One of the men studying at the IPTC was 28-year old Jordanian police captain Anwar Abu Zaid.



**Anwar Abu Zaid**

70.     In early November 2015, Abu Zaid sent a message to friends saying he was going on a journey to "paradise or hell."  "When we prepare our luggage for a journey . . . we fear we may forget something, however small, and the longer the journey, the stronger the concern that we won't forget anything," sources quoted Abu Zaid as saying.  At about that same time, Abu Zaid resigned from the Jordanian police force, presumably to go work in Saudi Arabia.

71.     Then, on November 9, 2015, Abu Zaid arrived at IPTC smuggling a Kalashnikov assault rifle with 120 bullets and two handguns in his car.  As an officer, he was not searched as he entered.  After the noontime prayer, Abu Zaid shot a truck that was moving through the facility, killing American James "Damon" Creach.  Abu Zaid then entered the facilities cafeteria where he killed an additional four people eating lunch, including Carl.

72.     According to FBI investigators, Zaid did not know either Carl or Damon; he targeted them simply because they were Americans.

73.     ISIS claimed responsibility for the attack in a statement issued through their al-Battar Media Foundation:  "Yes... we kill the Americans in Amman," the terror group said, using the words "lone wolf" to describe the attack.  "Do not provoke the Muslims more than this, especially recruited and supporters of the Islamic State.  The more your aggression against the

1   Muslims, the more our determination and revenge... time will turn thousands of supporters of the

2   caliphate on Twitter and others to wolves."

3       74.     A few weeks later, ISIS reiterated this claim in its Dabiq Magazine, Issue 12: "And

4   on '9 November 2015,' Anwar Abu Zeid – after repenting from his former occupation – attacked

5   the American crusaders and their apostate allies, killing two American crusaders, two Jordanian

6   apostates, and one South African crusader.  These are the deeds of those upon the methodology of

7   the revived Khilāfah. They will not let its enemies enjoy rest until enemy blood is spilled in

8   revenge for the religion and the Ummah."

9       75.     Following the attack, ISIS supporters roundly praised the shooting, with one user

10  tweeting: "The killing shall continue and will not stop."

11      76.     The attack took place on the 10-year anniversary of ISIS's coordinated bomb attacks

12  on three hotels in Amman on November 9, 2005.

13      77.     Abu Zaid's brother Fadi told reporters that Abu Zaid had been very moved by

14  ISIS's brutal execution of Jordanian pilot Maaz al-Kassasbeh in February 2015.

15      78.     The day of the attack, Tamara saw that she missed a call from the U.S. embassy and

16  she knew that something was wrong.  Tamara called back and, when she eventually got through,

17  she was told that Carl had been killed.  The murder of her husband Carl by an ISIS operative has

18  caused her severe mental anguish, extreme emotional pain and suffering, and the loss of her

19  husband's society, companionship, comfort, advice and counsel.

20                                  **COUNT I**
21        **CIVIL LIABILITY UNDER 18 U.S.C. § 2333(a) AGAINST ALL**
          **DEFENDANTS FOR VIOLATIONS OF 18 U.S.C. § 2339A**
22           **CONSTITUTING ACTS OF INTERNATIONAL TERRORISM**

23      79.     Plaintiff repeats and re-alleges each and every allegation of the foregoing

24  paragraphs as if fully set forth herein.

25      80.     The services and support that Defendant purposefully, knowingly or with willful

26  blindness provided to ISIS constitute material support to the preparation and carrying out of acts of

27  international terrorism, including the attack in which Lloyd Fields, Jr. was killed.

28      81.     Defendant's provision of material support to ISIS was a proximate cause of the

COMPLAINT                                                                              14

injury inflicted on Plaintiff.

82.     By virtue of its violations of 18 U.S.C. § 2339A, Defendant is liable pursuant to 18 U.S.C. § 2333 for any and all damages that Plaintiff has sustained.

**COUNT II**

**CIVIL LIABILITY UNDER 18 U.S.C. § 2333(a) AGAINST ALL
DEFENDANTS FOR VIOLATIONS OF 18 U.S.C. § 2339B
CONSTITUTING ACTS OF INTERNATIONAL TERRORISM**

83.     Plaintiff repeats and re-alleges each and every allegation of the foregoing paragraphs as if fully set forth herein.

84.     The services and support that Defendant purposefully, knowingly or with willful blindness provided to ISIS constitute material support to a Foreign Terrorist Organization ("FTO") in violation of 18 U.S.C. § 2339B.

85.     Defendant's provision of material support to ISIS was a proximate cause of the injury inflicted on Plaintiff.

86.     By virtue of its violations of 18 U.S.C. § 2339B, Defendant is liable pursuant to 18 U.S.C. § 2333 for any and all damages that Plaintiff has sustained.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests that the Court:

i.      Accept jurisdiction over this action;

ii.     Enter judgment against Defendant and in favor of Plaintiff for compensatory damages in an amount to be determined at trial;

iii.    Enter judgment against Defendant and in favor of Plaintiff for treble damages pursuant to 18 U.S.C. § 2333;

iv.     Enter judgment against Defendant and in favor of Plaintiff for any and all costs sustained in connection with the prosecution of this action, including attorneys' fees, pursuant to 18 U.S.C. § 2333;

v.      Order any equitable relief to which Plaintiff might be entitled;

vi.     Enter an Order declaring that Defendant has violated, and is continuing to violate, the Anti-Terrorism Act, 18 U.S.C. § 2331 *et seq.*; and

vii.    Grant such other and further relief as justice requires.

1

## DEMAND FOR TRIAL BY JURY

2

Plaintiff demands a trial by jury of all issues so triable.

3

Dated: January 13, 2016                    **BURSOR & FISHER, P.A.**

4

By:   */s/ L. Timothy Fisher*

5                                                        L. Timothy Fisher

6                                              L. Timothy Fisher (State Bar No. 191626)
                                               Julia A. Luster (State Bar No. 295031)
7                                              1990 North California Boulevard, Suite 940
                                               Walnut Creek, CA 94596
8                                              Telephone:  (925) 300-4455
                                               Facsimile:  (925) 407-2700
9                                              E-Mail: ltfisher@bursor.com
                                                          jluster@bursor.com
10

11                                             **BURSOR & FISHER, P.A.**
                                               Scott A. Bursor (State Bar No. 276006)
12                                             888 Seventh Avenue
                                               New York, NY  10019
13                                             Telephone: (212) 989-9113
                                               Facsimile:  (212) 989-9163
14                                             E-Mail: scott@bursor.com

15

16                                             *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                                                           16