1  MARK D. FLANAGAN (SBN 130303)
   mark.flanagan@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, California  94304
4  Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100
5

6  *Attorney for Defendant*
   **TWITTER, INC.**
7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                     **SAN FRANCISCO**

11  TAMARA FIELDS, on behalf of herself, as a        Case No. 3:16-cv-00213-WHO
    representative of the ESTATE OF LLOYD
12  FIELDS, JR.,                                      **NOTICE OF APPEARANCE OF MARK D.**
                                                      **FLANAGAN BY DEFENDANT TWITTER,**
13              Plaintiff,                            **INC.**

14      v.
                                                      Judge: Hon. William H. Orrick
15  TWITTER, INC.

16              Defendant.

17        TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

18        PLEASE TAKE NOTICE that Mark D. Flanagan of the law firm Wilmer Cutler Pickering

19  Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304, (650) 858-6047,

20  Mark.Flanagan@wilmerhale.com, hereby enters his appearance as attorney of record for Defendant

21  Twitter, Inc., in the above-captioned matter.

22  DATED: February 3, 2016                    By:    /s/  Mark D. Flanagan
                                                MARK D. FLANAGAN (SBN 130303)
23                                              mark.flanagan@wilmerhale.com
                                                WILMER CUTLER PICKERING
24                                                HALE AND DORR LLP
                                                950 Page Mill Road
25                                              Palo Alto, California  94304
                                                Telephone:  (650) 858-6000
26                                              Facsimile:  (650) 858-6100

27                                              *Attorney for Defendant*
                                                **TWITTER, INC.**
28

    Case No. 3:16-cv-00213-WHO                              NOTICE OF APPEARANCE