L. TIMOTHY FISHER (CA SBN 191626)
ltfisher@bursor.com
JULIA A. LUSTER (CA SBN 295031)
jluster@bursor.com
BURSOR & FISHER
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

SCOTT A. BURSOR (CA SBN 276006)
scott@bursor.com
BURSOR & FISHER
888 Seventh Avenue
New York, NY 10019
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiff*
**TAMARA FIELDS, on behalf of herself, as a representative of the ESTATE OF LLOYD FIELDS, JR.**

SETH P. WAXMAN (*pro hac vice* pending)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice* pending)
patrick.carome@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone: (202) 663-6800
Facsimile: (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant*
**TWITTER, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA FIELDS, on behalf of herself, as a representative of the ESTATE OF LLOYD FIELDS, JR., <br><br> Plaintiff, <br><br> v. <br><br> TWITTER, INC. <br><br> Defendant. | Case No. 3:16-cv-00213-WHO <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TWITTER, INC. TO FILE ITS RESPONSE TO THE COMPLAINT** <br><br> Judge: Hon. William H. Orrick <br><br> [N.D. Cal. Civil L.R. 6-1(a)] |

1  WHEREAS, Plaintiff Fields ("Fields") filed the present lawsuit on January 13, 2016 (Dkt. No. 1);

3  WHEREAS, the responsive pleading date for Defendant Twitter, Inc. ("Twitter") is February 9, 2016;

5  WHEREAS, Fields has agreed to provide Twitter with an extension of time in which to move, answer, or otherwise respond to the Complaint, such that Twitter's extended responsive pleading due date will be March 10, 2016;

8  WHEREAS, this extension of time will not alter the date of any event or any deadline already fixed by Court Order;

10  WHEREAS, this Stipulation is effective without Court Order pursuant to N.D. Cal. Civil L.R. 6-1(a);

12  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Fields and Twitter that Twitter's deadline to move, answer or otherwise respond to Field's Complaint is extended to March 10, 2016.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

Dated: February 3, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ L. Timothy Fisher<br>L. TIMOTHY FISHER (CA SBN 191626)<br>ltfisher@bursor.com<br>JULIA A. LUSTER (CA SBN 295031)<br>jluster@bursor.com<br>BURSOR & FISHER<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br><br>SCOTT A. BURSOR (CA SBN 276006)<br>scott@bursor.com<br>BURSOR & FISHER<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br><br>*Attorneys for Plaintiff*<br>**TAMARA FIELDS, on behalf of herself, as a representative of the ESTATE OF LLOYD FIELDS, JR.** | /s/ Mark D. Flanagan<br>SETH P. WAXMAN (*pro hac vice* pending)<br>seth.waxman@wilmerhale.com<br>PATRICK J. CAROME (*pro hac vice* pending)<br>patrick.carome@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue<br>Washington, D.C. 20006<br>Telephone: (202) 663-6800<br>Facsimile: (202) 663-6363<br><br>MARK D. FLANAGAN (CA SBN 130303)<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>*Attorneys for Defendant*<br>**TWITTER, INC.** |

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2016, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:   /s/ Mark D. Flanagan
Mark D. Flanagan

ATTORNEY ATTESTATION

I, Mark D. Flanagan, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/ Mark D. Flanagan
Mark D. Flanagan