UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FIELDS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　Defendant. | Case No. 16-cv-00213-WHO<br><br>**ORDER STAYING DISCOVERY AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 20, 26 |

　　　　The parties have filed a joint letter brief regarding their dispute over whether discovery should be stayed pending resolution of defendant's motion to dismiss plaintiffs' first amended complaint. Dkt. No. 26. In the circumstances of this case, I agree with defendant that a discovery stay is appropriate for the time being. Accordingly, discovery is STAYED pending further order of the Court. The case management conference currently set for April 12, 2016 is CONTINUED until May 18, 2016, to be held in conjunction with the hearing on defendant's motion to dismiss plaintiffs' first amended complaint. The parties are not required to submit a further case management statement. In light of the filing of plaintiffs' first amended complaint, defendant's motion to dismiss plaintiffs' original complaint, Dkt. No. 20, is TERMINATED AS MOOT, and the hearing on that motion currently set for April 20, 2016 is VACATED.

　　　　**IT IS SO ORDERED**.

Dated: April 7, 2016



WILLIAM H. ORRICK
United States District Judge