1  L. TIMOTHY FISHER (CA SBN 191626)
   ltfisher@bursor.com
2  JULIA A. LUSTER (CA SBN 295031)
   jluster@bursor.com
3  BURSOR & FISHER
   1990 North California Boulevard, Suite 940
4  Walnut Creek, CA 94596
   Telephone:  (925) 300-4455
5  Facsimile:  (925) 407-2700

6  SCOTT A. BURSOR (CA SBN 276006)
   scott@bursor.com
7  BURSOR & FISHER
   888 Seventh Avenue
8  New York, NY 10019
   Telephone:  (925) 300-4455
9  Facsimile:  (925) 407-2700

10 *Attorneys for Plaintiff*
   **TAMARA FIELDS, et al.**
11

   SETH P. WAXMAN (*pro hac vice*)
   seth.waxman@wilmerhale.com
   PATRICK J. CAROME (*pro hac vice*)
   patrick.carome@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   1875 Pennsylvania Avenue
   Washington, D.C. 20006
   Telephone:  (202) 663-6800
   Facsimile:  (202) 663-6363

   MARK D. FLANAGAN (CA SBN 130303)
   mark.flanagan@wilmerhale.com
   WILMER CUTLER PICKERING
     HALE AND DORR LLP
   950 Page Mill Road
   Palo Alto, California  94304
   Telephone:  (650) 858-6000
   Facsimile:  (650) 858-6100

   *Attorneys for Defendant*
   **TWITTER, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| TAMARA FIELDS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:16-cv-00213-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE, HEARING ON TWITTER'S MOTION TO DISMISS AMENDED COMPLAINT, AND BRIEFING DEADLINES**<br><br>Judge: Hon. William H. Orrick<br><br>[N.D. Cal. Civil L.R. 6-2] |

1   WHEREAS, Plaintiff Fields filed the present lawsuit on January 13, 2016 (Dkt. No. 1);

2   WHEREAS, the Parties filed a Stipulation on February 3, 2016 for Defendant Twitter, Inc.

3   ("Twitter") to File its Response to the Complaint, pursuant to Civil Local Rule 6-1(a), which

4   extended Twitter's time to respond to the Complaint until March 10, 2016, and which did not require

5   a Court order (Dkt. No. 17);

6   WHEREAS, on March 10, 2016, Twitter filed its Motion to Dismiss the Complaint (Dkt. No.

7   20);

8   WHEREAS, on March 24, 2016, Plaintiffs Fields, et al. ("Plaintiffs") filed the Amended

9   Complaint (Dkt. No. 21);

10  WHEREAS, on April 5, 2016, the Parties filed the Joint Case Management Statement (Dkt.

11  No. 25);

12  WHEREAS, on April 6, 2016, the Parties filed a Joint Statement Regarding Twitter's

13  Request to Stay Discovery Pending Resolution of Twitter's Motion to Dismiss the Amended

14  Complaint (Dkt. No. 26);

15  WHEREAS, also on April 6, 2016, Twitter filed its Motion to Dismiss the Amended

16  Complaint (Dkt. No. 27);

17  WHEREAS, on April 7, 2016, the Court entered an order granting Twitter's Request to Stay

18  Discovery Pending Resolution of Twitter's Motion to Dismiss the Amended Complaint and

19  continuing the Case Management Conference from April 12, 2016 until May 18, 2016, to be held in

20  conjunction with the hearing on Twitter's Motion to Dismiss the Amended Complaint (Dkt. No. 28);

21  WHEREAS, the current deadline for Plaintiffs to respond to Twitter's Motion to Dismiss the

22  Amended Complaint is April 20, 2016;

23  WHEREAS, counsel for Plaintiffs have requested a two-week extension of time within which

24  to file Plaintiffs' Opposition to Twitter's Motion to Dismiss the Amended Complaint, such that

25  Plaintiffs' extended deadline would be May 4, 2016;

26  WHEREAS, counsel for Twitter wish to accommodate Plaintiffs' request for an extension

27  but have several other obligations that would coincide with the adjusted deadline for Twitter's Reply

28

1  in Support of Twitter's Motion to Dismiss the Amended Complaint that would make preparation of
2  Twitter's Reply difficult absent an extension of time;
3      WHEREAS, counsel for Twitter have accordingly requested a two-week extension of time
4  within which to file Twitter's Reply in Support of Twitter's Motion to Dismiss the Amended
5  Complaint, such that Twitter's extended deadline would be May 25, 2016;
6      WHEREAS, these extensions of time would require altering the date of the Case
7  Management Conference and hearing on Twitter's Motion to Dismiss the Amended Complaint, such
8  that the Conference and hearing would be held on June 15, 2016;
9      WHEREAS, the Parties have consented to each of the requested two-week extensions, and
10 have agreed that a corresponding 28-day continuance of the Case Management Conference and
11 hearing on Twitter's Motion to Dismiss the Amended Complaint would be appropriate and mutually
12 convenient;
13     NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and
14 agree, through their respective counsel, as follows:

15     1. The May 18, 2016 Case Management Conference and hearing on Twitter's Motion to
16         Dismiss the Amended Complaint shall be rescheduled twenty-eight (28) days later on
17         June 15, 2016, or on another date that is convenient for the Court.
18     2. Plaintiffs' deadline to file their Opposition to Twitter's Motion to Dismiss the
19         Amended Complaint shall be extended by fourteen (14) days, to and including May
20         4, 2016, and Twitter's deadline to file a Reply in Support of Twitter's Motion to
21         Dismiss shall be extended to and including May 25, 2016.
22
23 **IT IS SO STIPULATED.**
24 //
25 //
26 //
27 //
28 //

Dated: April 8, 2016

Respectfully submitted,

| /s/ L. Timothy Fisher | /s/ Seth P. Waxman |
|---|---|
| L. TIMOTHY FISHER (CA SBN 191626)<br>ltfisher@bursor.com<br>JULIA A. LUSTER (CA SBN 295031)<br>jluster@bursor.com<br>BURSOR & FISHER<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA 94596<br>Telephone:  (925) 300-4455<br>Facsimile:  (925) 407-2700<br><br>SCOTT A. BURSOR (CA SBN 276006)<br>scott@bursor.com<br>BURSOR & FISHER<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone:  (925) 300-4455<br>Facsimile:  (925) 407-2700<br><br>*Attorneys for Plaintiff*<br>**TAMARA FIELDS, et al.** | SETH P. WAXMAN (*pro hac vice*)<br>seth.waxman@wilmerhale.com<br>PATRICK J. CAROME (*pro hac vice*)<br>patrick.carome@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1875 Pennsylvania Avenue<br>Washington, D.C. 20006<br>Telephone:  (202) 663-6800<br>Facsimile:  (202) 663-6363<br><br>MARK D. FLANAGAN (CA SBN 130303)<br>mark.flanagan@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, California  94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>*Attorneys for Defendant*<br>**TWITTER, INC.** |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 11, 2016

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE