Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FIELDS, et al.,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>TWITTER, INC.,<br><br>　　　　　　　　Defendant(s). | Case No: 16-cv-00213<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, /s/ Joshua Arisohn, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Tamara Field, et al. in the above-entitled action. My local co-counsel in this case is L. Timothy Fisher, Bursor & Fisher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Bursor & Fisher, P.A.<br>888 Seventh Avenue New York, NY 10019 | Bursor & Fisher, P.A.<br>1990 N. California Blvd., Suite 940 Walnut Creek, CA 94596 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (646) 837-7150 | (925) 300-4455 |
| My email address of record: | Local co-counsel's email address of record: |
| jarisohn@bursor.com | ltfisher@bursor.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4495198.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/27/16　　　　　　　　　　　　　　　　　　　　　/s/ Joshua Arisohn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/ Joshua Arisohn is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

[GRANTED — W. H. Orrick, Judge William H. Orrick, Northern District of California seal]