Keith Altman, SBN 257309
Excolo Law PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
kaltman@lawampmmt.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TAMARA FIELDS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | CASE: 3:16-cv-00213-WHO |
| ) | |
| v. ) | HON. WILLIAM H. ORRICK |
| ) | |
| **TWITTER, INC.** ) | NOTICE OF APPEARANCE |
| ) | |
| Defendant. ) | |
| ) | |

**APPEARANCE OF COUNSEL**

NOW COMES attorney Keith Altman and Excolo Law, PLLC and hereby enters his appearance as counsel of record for Non-Party **REYNALDO GONZALEZ, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST OF THE ESTATE OF NOHEMI GONZALEZ.** This appearance is for the limited purpose of opposing Defendant Twitter's **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** (Dkt. # 41).

Dated: June 28, 2016

    Respectfully submitted,

    *s/ Keith L. Altman*
    Keith L. Altman, Esq.
    **EXCOLO LAW, PLLC**
    26700 Lahser Rd, Suite 401
    Southfield, MI 48033
    (516) 456-5885
    (248) 436-6858
    kaltman@lawampmmt.com

    Counsel for Non-Party Reynaldo Gonzalez

**CERTIFICATE OF SERVICE**

I hereby certify that, this 28 day of June, 2016, I have electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/S/ Keith L. Altman*
Keith L. Altman