UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** August 9, 2016 | **Time:** 7 minutes<br>2:08 p.m. to 2:15 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-00160-WHO | **Case Name:** Sampson v. Ukiah Valley Medical Center | |

**Attorney for Plaintiff:**   David Millstein
**Attorney for Defendant:**   Robert Good, Robert L. Nelder, and Ralph W. Robinson
  (appearing in person); Gopaul Patel (appearing telephonically)

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

**PROCEEDINGS**

Case management conference conducted.  Because of complications stemming from surgery on one of the defendants' lawyers, the Court adopts the parties' stipulated extension to the case management schedule with revisions noted below.  Parties have not yet agreed upon an ADR process.  Counsel are directed to agree upon a process and complete its scheduling prior to the next case management conference.

**Further Case Management Conference set for November 8, 2016 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

Fact discovery cutoff:         January 3, 2017
Expert disclosure:            January 31, 2017
Expert discovery cutoff:       April 11, 2017
Dispositive Motions heard by:  June 7, 2017
Pretrial Conference:          August 7, 2017
Trial:                  **September 5, 2017 at 8:30 a.m. by Jury**