L. TIMOTHY FISHER (CA SBN 191626)
ltfisher@bursor.com
BURSOR & FISHER
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

SCOTT A. BURSOR (CA SBN 276006)
scott@bursor.com
BURSOR & FISHER
888 Seventh Avenue
New York, NY 10019
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiff*
**TAMARA FIELDS, et al.**

SETH P. WAXMAN (*pro hac vice*)
seth.waxman@wilmerhale.com
PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington, D.C. 20006
Telephone: (202) 663-6800
Facsimile: (202) 663-6363

MARK D. FLANAGAN (CA SBN 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

*Attorneys for Defendant*
**TWITTER, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA FIELDS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:16-cv-00213-WHO<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING DEADLINES AND HEARING ON TWITTER'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. William H. Orrick<br><br>[N.D. Cal. Civil L.R. 6-2] |

1  Pursuant to Local Rule 6-2, the Parties through undersigned counsel hereby stipulate and
2  respectfully request that in order to accommodate observance of the Jewish High Holidays, the
3  Court extend by one week the deadlines for Plaintiffs' Opposition to Defendant Twitter, Inc.'s
4  ("Twitter") Motion to Dismiss the Second Amended Complaint and for Twitter's Reply in
5  Support of Twitter's Motion to Dismiss the Second Amended Complaint, and to accordingly
6  postpone by one week the hearing on Twitter's Motion to Dismiss the Second Amended
7  Complaint. The parties declare in support of this request:

8  WHEREAS, Plaintiff Fields filed the present lawsuit on January 13, 2016 (Dkt. No. 1);

9  WHEREAS, the Parties filed a Stipulation on February 3, 2016 for Twitter to answer or
10  respond to the Complaint, pursuant to Civil Local Rule 6-1(a), which extended Twitter's deadline
11  until March 10, 2016, and which did not require a Court order (Dkt. No. 17);

12  WHEREAS, on April 6, 2016, the Parties filed a Joint Statement Regarding Twitter's
13  Request to Stay Discovery Pending Resolution of Twitter's Motion to Dismiss the Amended
14  Complaint (Dkt. No. 26);

15  WHEREAS, on April 7, 2016, the Court entered an order granting Twitter's Request to Stay
16  Discovery Pending Resolution of Twitter's Motion to Dismiss the Amended Complaint and
17  continuing the Case Management Conference from April 12, 2016 until May 18, 2016, to be held in
18  conjunction with the hearing on Twitter's Motion to Dismiss the Amended Complaint (Dkt. No. 28);

19  WHEREAS, on April 8, 2016, the Parties filed a Stipulation to Extend Motion to Dismiss
20  Briefing Deadlines and Reschedule the Hearing and Case Management Conference (Dkt. No. 29);

21  WHEREAS, on April 11, 2016, the Court entered an order granting the Parties' Stipulation to
22  Extend Motion to Dismiss Briefing Deadlines and Reschedule Hearing and Case Management
23  Conference, continuing the Case Management Conference and hearing on Twitter's Motion to
24  Dismiss the Amended Complaint by twenty-eight (28) days, to June 15, 2016, and extending
25  Plaintiffs' deadline to file their Opposition to Twitter's Motion to Dismiss the Amended Complaint
26  by fourteen (14) days, to and including May 4, 2016, and Twitter's deadline to file a Reply in
27  Support of Twitter's Motion to Dismiss to and including May 25, 2016 (Dkt. No. 30);
28

Case No. 3:16-cv-00213-WHO   2   Stipulation and Order Continuing
Briefing Deadlines and Hearing on Motion to
Dismiss Second Amended Complaint

WHEREAS, on August 10, 2016, the Court entered an order granting Defendant Twitter's Motion to Dismiss the First Amended Complaint and granting Plaintiffs leave to file a second amended complaint within twenty (20) days of the Order (Dkt. No. 47);

WHEREAS, on August 30, 2016, Plaintiffs filed a Second Amended Complaint (Dkt. No. 48);

WHEREAS, on September 13, 2016, Twitter filed a Motion to Dismiss the Second Amended Complaint, noticing a hearing date of October 26, 2016 (Dkt. No. 49);

WHEREAS, the current deadline for Plaintiffs to file an Opposition to Twitter's Motion to Dismiss the Second Amended Complaint is September 27, 2016 and the current deadline for Twitter to file its Reply in Support of Twitter's Motion to Dismiss the Second Amended Complaint is October 4, 2016;

WHEREAS, the Jewish holiday of Rosh Hashanah falls on October 2-4, 2016, during the one week period that the current schedule provides for Defendant Twitter, Inc. to prepare its reply; and the Jewish holiday Yom Kippur falls on October 11-12, 2016;

WHEREAS, to permit counsel for Twitter to observe both Rosh Hashanah and Yom Kippur and to have adequate time to prepare Twitter's reply, Twitter proposes to extend the deadlines for Plaintiffs' Opposition to Twitter's Motion to Dismiss the Second Amended Complaint by seven (7) days to October 4, 2016, and Twitter's Reply in Support of Twitter's Motion to Dismiss the Second Amended Complaint by seven (7) days to October 18, 2016;

WHEREAS, these extensions of time would require altering the date of the hearing on Twitter's Motion to Dismiss the Second Amended Complaint, which is presently set for October 26, 2016, and counsel for both Plaintiffs and Twitter can be available for a hearing on such motion one week later, on November 2, 2016;

WHEREAS, the Parties have consented to each of the requested seven-day extensions, and have agreed that a corresponding seven-day continuance of the hearing on Twitter's Motion to Dismiss the Second Amended Complaint would be appropriate and mutually convenient;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. Plaintiffs' deadline to file their Opposition to Twitter's Motion to Dismiss the Second Amended Complaint shall be extended by seven (7) days, to and including October 4, 2016 and Twitter's deadline to file a Reply in Support of Twitter's Motion to Dismiss the Second Amended Complaint shall be extended to and including October 18, 2016.

2. The hearing on Twitter's Motion to Dismiss the Second Amended Complaint shall be rescheduled seven (7) days later at 2:00 PM on November 2, 2016, or on another date that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: September 21, 2016            Respectfully submitted,

   /s/ L. Timothy Fisher               /s/ Seth P. Waxman
L. TIMOTHY FISHER (CA SBN 191626)    SETH P. WAXMAN (*pro hac vice*)
ltfisher@bursor.com                  seth.waxman@wilmerhale.com
JULIA A. LUSTER (CA SBN 295031)      PATRICK J. CAROME (*pro hac vice*)
jluster@bursor.com                   patrick.carome@wilmerhale.com
BURSOR & FISHER                      WILMER CUTLER PICKERING
1990 North California Boulevard, Suite 940     HALE AND DORR LLP
Walnut Creek, CA 94596               1875 Pennsylvania Avenue
Telephone:  (925) 300-4455           Washington, D.C. 20006
Facsimile:  (925) 407-2700           Telephone:  (202) 663-6800
                                     Facsimile:  (202) 663-6363
SCOTT A. BURSOR (CA SBN 276006)
scott@bursor.com                     MARK D. FLANAGAN (CA SBN 130303)
BURSOR & FISHER                      mark.flanagan@wilmerhale.com
888 Seventh Avenue                   WILMER CUTLER PICKERING
New York, NY 10019                     HALE AND DORR LLP
Telephone:  (925) 300-4455           950 Page Mill Road
Facsimile:  (925) 407-2700           Palo Alto, California  94304
                                     Telephone:  (650) 858-6000
*Attorneys for Plaintiff*            Facsimile:  (650) 858-6100
**TAMARA FIELDS, et al.**

                                     *Attorneys for Defendant*
                                     **TWITTER, INC.**

The hearing is set for November 9, 2016 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/26/2016

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on September 21, 2016, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:   /s/ Seth P. Waxman
        Seth P. Waxman

<u>ATTORNEY ATTESTATION</u>

    I, Seth P. Waxman, am the ECF User whose ID and password are being used to file this Stipulation.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By:   /s/ Seth P. Waxman
        Seth P. Waxman