UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** November 9, 2016 | **Time:** 28 minutes<br>2:05 p.m. to 2:33 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 16-cv-00213-WHO | **Case Name:** Fields v. Twitter, Inc. | |

**Attorney for Plaintiff:** Joshua Arisohn
**Attorney for Defendant:** Patrick Carome

**Deputy Clerk:** Jean Davis			**Court Reporter:** Debra Pas

PROCEEDINGS

Counsel appear for hearing as to motion to dismiss the second amended complaint. The Court is inclined to grant the motion and asks that counsel comment on the ways in which the second amended complaint differs from the first amended complaint and whether further amendment to perfect the complaint would be valuable prior to an appeal before the Court dismisses without leave to amend. Argument of counsel heard as to the motion. Motion taken under submission; written order to follow.