UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FIELDS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TWITTER, INC.,<br><br>    Defendant. | Case No. 16-cv-00213-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 57 |

Pursuant to the Court's Order granting Motion to Dismiss, Judgment is accordingly entered in favor of defendant and against plaintiff.

Dated: November 18, 2016                                             Susan Y. Soong, Clerk

                                                                                                            By: Jean M. Davis, Deputy Clerk