1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA  94596
3  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
6  Joshua D. Arisohn (*Admitted Pro Hac Vice*)
   888 Seventh Avenue
7  New York, NY  10019
   Telephone: (212) 989-9113
8  Facsimile: (212) 989-9163
   E-Mail: scott@bursor.com
9          jarisohn@bursor.com

10 *Attorneys for Plaintiffs*

11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15 TAMARA FIELDS, on behalf of herself and as         Case No. 3:16-cv-00213-WHO
   a representative of the ESTATE OF LLOYD
16 FIELDS, JR., HEATHER CREACH, on behalf            **NOTICE OF APPEAL**
   of herself and as a representative of the ESTATE
17 OF JAMES DAMON CREACH, J.C. (1), a
   minor, and J.C. (2), a minor,
18
                                   Plaintiffs,
19
20        v.

21 TWITTER, INC.,

22                                 Defendant.

23
24
25
26
27
28

NOTICE OF APPEAL
CASE NO. 3:16-CV-00213-WHO

1  NOTICE IS HEREBY GIVEN that Plaintiffs TAMARA FIELDS, on behalf of herself and as a representative of the ESTATE OF LLOYD FIELDS, JR., HEATHER CREACH, on behalf of herself and as a representative of the ESTATE OF JAMES DAMON CREACH, J.C. (1), a minor, and J.C. (2), a minor, hereby appeal to the United States Court of Appeals for the Ninth Circuit from (i) the Court's November 18, 2016 Order Dismissing Case (ECF No. 57) and (ii) the Court's November 18, 2016 Judgment (ECF No. 58).

Pursuant to Ninth Circuit Rule 3-2, attached is a Representation Statement that identifies all parties to the action, along with the names, addresses, and telephone numbers of their respective counsel.

Dated:  November 23, 2016           Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
Joshua D. Arisohn (*Admitted Pro Hac Vice*)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com
           jarisohn@bursor.com

*Attorneys for Plaintiffs*

Court of Appeals No._____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

TAMARA FIELDS, ON BEHALF OF HERSELF AND AS
A REPRESENTATIVE OF THE ESTATE OF LLOYD FIELDS, JR., HEATHER
CREACH, ON BEHALF OF HERSELF AND AS A REPRESENTATIVE OF
THE ESTATE OF JAMES DAMON CREACH, J.C. (1), A MINOR, AND J.C.
(2), A MINOR,

*Plaintiffs-Appellants,*

v.

TWITTER, INC.,

*Defendant-Appellee.*

Appeal from the United States District Court
Northern District of California
District Court No. 3:16-cv-00213-WHO
The Honorable William H. Orrick

## REPRESENTATION STATEMENT

| | |
|---|---|
| L. Timothy Fisher (SBN 191626) | Scott A. Bursor (SBN 276006) |
| BURSOR & FISHER, P.A. | Joshua D. Arisohn |
| 1990 North California Blvd., Suite 940 | BURSOR & FISHER, P.A. |
| Walnut Creek, CA 94596 | 888 Seventh Avenue |
| Telephone: (925) 300-4455 | New York, NY 10019 |
| Facsimile: (925) 407-2700 | Telephone: (212) 989-9113 |
| E-Mail: ltfisher@bursor.com | Facsimile: (212) 989-9163 |
| | E-Mail: scott@bursor.com |
| | jarisohn@bursor.com |

*Attorneys for Plaintiffs-Appellants*

The undersigned represent Plaintiffs-Appellants TAMARA FIELDS, on behalf of herself and as a representative of the ESTATE OF LLOYD FIELDS, JR., HEATHER CREACH, on behalf of herself and as a representative of the ESTATE OF JAMES DAMON CREACH, J.C. (1), a minor, and J.C. (2), a minor. The information below shows all the parties to the action and identifies their counsel by name, firm, address, and telephone number, where appropriate. (Fed. R. App. P. 12(b); Circuit Rule 3-2(b)).

1. Attorneys for Plaintiffs-Appellants:

   L. Timothy Fisher
   BURSOR & FISHER, P.A.
   1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
   Telephone: (925) 300-4455
   E-Mail:   ltfisher@bursor.com

   Scott A. Bursor
   Joshua D. Arisohn
   BURSOR & FISHER, P.A.
   888 Seventh Avenue
   New York, NY  10019
   Telephone: (212) 989-9113
   E-Mail: scott@bursor.com
           jarisohn@bursor.com

2. Attorneys for Defendant-Appellee:

   Seth P. Waxman
   Patrick J. Carome
   WILMER CUTLER PICKERING HALE AND DORR LLP
   1875 Pennsylvania Avenue, N.W.
   Washington, D.C. 20006
   Telephone: (202) 663-6800
   Facsimile: (202) 663-6363

Email:  seth.waxman@wilmerhale.com
         patrick.carome@wilmerhale.com

Mark D. Flanagan
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email:  mark.flanagan@wilmerhale.com

Dated:  November 23, 2016         Respectfully submitted,

         **BURSOR & FISHER, P.A.**

         By:  /s/ *L. Timothy Fisher*
             L. Timothy Fisher

         L. Timothy Fisher (State Bar No. 191626)
         1990 North California Boulevard, Suite 940
         Walnut Creek, CA 94596
         Telephone:  (925) 300-4455
         Facsimile:  (925) 407-2700
         E-Mail: ltfisher@bursor.com

         **BURSOR & FISHER, P.A.**
         Scott A. Bursor (State Bar No. 276006)
         Joshua D. Arisohn
         888 Seventh Avenue
         New York, NY  10019
         Telephone: (212) 989-9113
         Facsimile:  (212) 989-9163
         E-Mail: scott@bursor.com
                  jarisohn@bursor.com

         *Attorneys for Plaintiffs-Appellants*

## Certificate of Service

The undersigned certifies that on November 23, 2016, the foregoing Notice of Appeal and Representation Statement was electronically filed via the CM/ECF system for the Northern District of California, thus effecting service on all attorneys registered for electronic filing.

DATED: November 23, 2016

          */s/ L. Timothy Fisher*
          L. Timothy Fisher